IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JENNIFER WILLIAMS,**  )<br>            Plaintiff(s),  )<br>  )<br>vs.  )<br>  )<br>**SOUTHEASTERN OKLAHOMA FAMILY**  )<br>**SERVICES, INC., ET AL.**  )<br>            Defendant(s).  ) | Case No. CIV 14-311-KEW |

### JUDGMENT DISMISSING ACTION
### BY REASON OF SETTLEMENT

The Court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

**IT IS ORDERED** that the action is dismissed without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

**IT IS FURTHER ORDERED** that the clerk forthwith serve copies of this judgment upon the attorneys for the parties appearing in this action.

**IT IS FURTHER ORDERED** that parties are directed to submit closing papers within 30 days from date of this judgment or the case will be deemed dismissed.

**DATED** this 14th day of October, 2015.

Kimberly E. West
United States Magistrate Judge
Eastern District of Oklahoma